UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCHEL KEELER, as representative of The Estate of MICHAEL KEELER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO SHERIFF'S DEPARTMENT; SAN DIEGO SHERIFF GORE; DEPUTY MCCORMICK; DEPUTY ROSE; DEPUTY LIMA; and DEPUTY BARAJAS,<br><br>Defendants. | Case No.: 21-CV-1979 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT COUNTY OF SAN DIEGO'S RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 8) |

Presently before the Court is the Parties' Joint Motion for Order Extending Time for Defendant County of San Diego's (the "County") Responsive Pleading to Plaintiff's Complaint ("Joint Mot.," ECF No. 8). The Parties request that the Court extend the time for the County—and, to the extent it is amenable to suit, its sub-entity Defendant San Diego Sheriff's Department (the "SDSD")—to respond to the Complaint so that the County and the SDSD's (the "County Defendants") deadline is the same as the deadline for Defendants Deputy McCormick, Deputy Rose, Deputy Lima, and Deputy Barajas (the "Deputy Defendants"). *See id.* at 1. The Parties contend that good cause exists for the extension

because it will avoid "separate and duplicative responsive pleadings" and therefore "promote judicial resources and consolidate issues in this matter." *Id.* at 1–2.

Good cause appearing, the Court **GRANTS** the Joint Motion. The County Defendants **SHALL RESPOND** to Plaintiff's Complaint on or before April 25, 2022.

**IT IS SO ORDERED.**

Dated: March 17, 2022

Hon. Janis L. Sammartino
United States District Judge