UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCHEL KEELER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 21-CV-1979-RSH-DDL<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 13, 2023, the Court ordered Plaintiff to file an Amended Complaint by April 29, 2023. ECF No. 30. Plaintiff has failed to timely file an Amended Complaint. The Court therefore **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED**.

Dated: May 9, 2023

Hon. Robert S. Huie
United States District Judge